UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUANE KURT MAKELA,

    Defendant.
_____/

HON. R. ALLAN EDGAR

Case No. 2:11-pt-09

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 14, 2012, on a warrant of arrest issued for alleged violations of defendant's conditions of supervised release. Defendant indicated to the court that he wished to waive his right to a preliminary hearing and his right to appear before a district judge. A recommendation for detention pending further proceedings was received by the court from the United States Probation Officer. The government indicated it concurred with probation's recommendation; defense counsel indicated he needed additional time to research the issue of detention or possible release. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings, with defendant reserving the right to request a detention hearing at a later date.

    IT IS SO ORDERED.

Date: August 16, 2012

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge